IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-31126
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LINDA MARIE WITTY,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Western District of Louisiana
USDC No. 96-CR-60039-2
_____

February 18, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]


Court-appointed counsel for Linda Marie Witty has filed a motion to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Witty has filed a response. Review of the briefs filed by counsel and Witty and of the record discloses no nonfrivolous point for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.

D I S M I S S E D.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.